UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAIDA AGOSTO,<br><br>                     Plaintiff,<br><br>– *against* –<br><br>LENOX AVENUE DEVELOPMENTS LLC,<br><br>                     Defendant.<br><br>LENOX AVENUE DEVELOPMENTS LLC,<br><br>                     Third-Party Plaintiff,<br><br>– *against* –<br><br>J&N ESSEX ORGANIC INC.,<br><br>                     Third-Party Defendant. | **ORDER**<br><br>24-cv-03936 (ER) |

RAMOS, D.J.:

      Zaida Agosto brought this action against Lenox Avenue Developments LLC on May 21, 2024.  Doc. 1.  On October 18, 2024, Lenox Avenue Developments filed a third party complaint against J&N Essex Organic Inc.  Doc. 8.  On November 15, 2024, the Court issued an order adjourning the initial conference and deadline to submit the joint case management plan until J&J Essex Organic Inc. entered an appearance or filed an answer.  Doc. 14.  Since then, there has been no activity in this case.  The parties are directed to submit a status letter by May 2, 2025.

      It is SO ORDERED.

Dated:   April 25, 2025
             New York, New York

                                                                       Edgardo Ramos, U.S.D.J.