# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

**MEMO ENDORSED**

November 6, 2025

Via ECF
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York

> The plaintiff's request is approved. The deadline to file the application to reopen this action is extended to December 12, 2025.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: November 10, 2025
> New York, New York

**Re:** *Zaida Agosto v. Lenox Avenue Developments LLC*

**Docket No. 1:24-cv-03936 (ER) (KHP)**

Dear Judge Ramos:

  We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline for application to reopen/restore this action from November 10, 2025 to December 12, 2025. The reason for this request is because the parties require the additional time to finalize and execute the settlement agreement. This is the first application to extend the deadline and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.