# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

## MEMO ENDORSED

December 11, 2025

Via ECF
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York

**Re:**    *Zaida Agosto v. Lenox Avenue Developments LLC*

**Docket No. 1:24-cv-03936 (ER) (KHP)**

Dear Judge Ramos:

We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to extend the deadline for application to reopen/restore this action from December 12, 2025 to January 23, 2026.  The reason for this request is because the parties had to recently revise the settlement agreement and require the additional time to finalize the settlement agreement and then fulfill the condition precedent for filing the stipulation of dismissal.  This is the second application to extend the deadline and all parties consent.  Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

The plaintiff's request is granted.  The deadline for the application to reopen/restore is extended to January 23, 2026.

It is SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: December 12, 2025
New York, New York